

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
12/04/2018

| | |
|---|---|
| IN RE:<br>Dhanrajmal S Chandrabose and Manjari K Chandrabose<br>    Debtor(s) | CASE NO. 16–36731<br>CHAPTER 7 |

### ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*204* – Application to Deposit Unclaimed Funds Filed by Trustee Eva S Engelhart (Attachments: # 1 Exhibit A # 2 Proposed Order) (Engelhart, Eva)

These unclaimed funds may be deposited into the Registry of the Court:

> Amount: $ 258,550.62
> Owed to: Yosemite Auto (Shanghai) Co. Ltd.

Signed and Entered on Docket: 12/4/18.

by: <u>Kristy Love</u><br>Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.